IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00074-BNB

JOHN CARBONELL,

    Applicant,
v.

FRANCIS FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER FOR STATE COURT RECORD AND TO ANSWER

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Carbonell*, Adams County District Court Case No. 99CR1764**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) The Clerk of the Court is directed to send copies of this order to the

following:

    (1)    Clerk of the Court
            Adams County District Court
            1100 Judicial Drive
            Brighton, Colorado 80601;

    (2)    Court Services Manager
            State Court Administrator's Office
            1300 Broadway
            Denver, Colorado  80203.

DATED April 17, 2013, at Denver, Colorado.

                                            BY THE COURT:


                                            s/ Boyd N. Boland
                                            United States Magistrate Judge